No. 1243. VELA, PLAINTIFF AND RESPONDENT, v. CRUZ ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District

Court of San Juan, Section 1, in an action for recovery of a judgment debt. Motion by respondent for dismissal of the appeal. Decided November 24, 1914. Appeal dismissed for failure to file a transcript of the record in this court. *Mr. Artemio P. Rodríguez* for the respondent. *Mr. Ramón S. Pesquera for the appellants.*